# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NAI POU SAECHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 13-cv-01347 NC<br><br>**ORDER TO SUBMIT PROPOSED JUDGMENT**<br><br>Re: Dkt. No. 23 |

On September 8, 2013, the Parties filed a stipulation to voluntarily remand this action to the Commissioner of Social Security for further administrative proceedings. Dkt. No. 23. Remands pursuant to sentence four of Section 205(g) of the Social Security Act require an entry of final judgment by the Court. The Parties are therefore ORDERED to each submit a proposed judgment, or alternatively to submit a joint proposed judgment, no later than September 13, 2013.

Case No. 13-cv-01347 NC
ORDER TO SUBMIT PROPOSED JUDGMENT

1  IT IS SO ORDERED.

3  Date:  September 10, 2013

                                               _____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 02-cv-05849 PJH (NC)
ORDER RE: PROTECTIVE ORDER
AND REQUEST FOR PRODUCTION                    2